

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GALE C. HUTCHINSON, JR., | § | |
| | | No. 08-15-00140-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 191st District Court |
| FARMERS INSURANCE, FREDIE J. | § | |
| WORTHEY A/K/A FRED J. | | of Dallas County, Texas |
| WORTHEY, FRED WORTHEY | § | |
| INSURANCE AGENCY, JUSTIN | | (TC# DC-14-07429) |
| JAMES WORTHEY, WIA AND | § | |
| ASSOCIATES, LLC, BRENDA | | |
| WORTHEY, AND LISA SMITH, | § | |
| | | |
| Appellees. | § | |

**MEMORANDUM OPINION**

This appeal is before the Court to determine whether it has jurisdiction. Finding that the orders sought to be appealed are not subject to an interlocutory appeal, we dismiss the appeal for lack of jurisdiction.

It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); TEX.CIV.PRAC. & REM.CODE ANN. § 51.014 (West 2015)(authorizing appeals from certain interlocutory orders). A final judgment is one that disposes of all pending parties and claims. *See Lehmann*, 39 S.W.3d at 195.

The notice of appeal states that Appellant, Gale C. Hutchinson, Jr., is appealing the trial

court's orders (1) denying his motion for continuance, (2) granting Appellee Farmers Insurance Exchange's motion to strike and for judgment, and (3) granting the special exceptions of defendants Fredie Worthey, Fred J. Worthey, Fred Worthey Insurance Agency, WIA and Associates, LLC, Lisa Smith, and Brenda Worthey, and ordering Appellant to replead. The Fifth Court of Appeals, prior to transferring the appeal to this Court pursuant to a docket equalization order, sent Appellant a letter notifying him that the clerk's record did not contain a final judgment or appealable order and asking him to file a response explaining how the court of appeals has jurisdiction over the appeal. *See* TEX.R.APP.P. 42.3. Appellant and Appellee Farmers Insurance Exchange have filed responses to the Fifth Court of Appeals' letter.

The record does not reflect that the trial court has entered a final judgment and Appellant does not suggest otherwise. The orders Appellant seeks to appeal are interlocutory but there is no statutory authority for an interlocutory appeal of any of the orders. Accordingly, we dismiss the appeal for want of jurisdiction.

STEVEN L. HUGHES, Justice

May 13, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.